No. 185. BENJAMIN F. ROSELLE, PLAINTIFF IN ERROR,
v. THE COMMONWEALTH OF VIRGINIA. In error to the
Supreme Court of Appeals of the State of Virginia. Ar-
gued March 4, 1912. Decided March 18, 1912. Judgment
affirmed with costs by a divided court. Mr. Daniel Har-
mon, Mr. Homan W. Walsh and Mr. John T. Evans for the
plaintiff in error. Mr. Samuel W. Williams for the de-
fendant in error.

---

No. 972. WARREN OZRO KYLE ET AL., ETC., APPEL-
LANTS, v. JOHN C. HAMMOND ET AL. Appeal from the
United States Circuit Court of Appeals for the First
Circuit. Motion to dismiss or affirm submitted March 11,
1912. Decided March 18, 1912. Per Curiam. Dismissed
for the want of jurisdiction. Mr. Warren Ozro Kyle for
the appellants. Mr. Hollis R. Bailey for the appellees.